CIVIL MINUTES CLOSING

Case No   <u>EDCV 17-2400-AG(SPx)</u>                Date: <u>December 26, 2018</u>

Title   <u>Larry Dancy v. United States of America</u>

Present   <u>ANDREW J. GUILFORD</u> , <u>United States District Court Judge</u>

|  Lisa Bredahl | Not Present |
| --- | --- |
| Deputy Clerk | Court Reporter |

-----------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------

| Attorneys for Plaintiff | Attorneys for Defendant |
| --- | --- |
| Not Present | Not Present |

---------------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------------

Proceedings:      ☐ In Court      X In Chambers      ☐ Counsel Notified

☐      Case previously closed in error.  Make JS-5**.**

X      Case should have been closed on entry dated <u>11/27/18.</u>  Make JS-6.

☐      Case settled but may be reopened if settlement is not finalized within     days.  Make
       JS-6.

☐      Other                                    .

☐      Entered                              .